COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Humphreys, McCullough and Senior Judge Bumgardner

PILOT CORPORATION AND
 PILOT CORPORATION AND
 PILOT TRAVEL CENTER

v.      Record No. 2162-13-4

RENICIA GREGORY

MEMORANDUM OPINION[*]
PER CURIAM
MARCH 18, 2014

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Heather K. Bardot; Bancroft, McGavin, Horvath & Judkins, P.C.,
on brief), for appellants.

(Brenda C. Moses; The Moses Law Firm, PC, on brief), for appellee.


Pilot Corporation and Pilot Corporation and Pilot Travel Center ("employer") appeal a

decision of the Workers' Compensation Commission ("the commission") finding that Renicia

Gregory ("claimant") proved she sustained a compensable injury to her right shoulder and

mid-back in an accident on August 30, 2012.[1]  Employer also maintains the commission erred in

finding claimant proved her disability was related to a compensable injury by accident.  We have

reviewed the record and the commission's opinion and find that this appeal is without merit.

Accordingly, we affirm for the reasons stated by the commission in its final opinion.  See

Gregory v. Pilot Corp., JCN VA02000012201 (Oct. 10, 2013).  We dispense with oral argument

and summarily affirm because the facts and legal contentions are adequately presented in the

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

[1] Employer acknowledges it originally appealed the commission's finding that claimant
proved she sustained a compensable injury to her lower back as a result of the August 30, 2012
accident, but has now abandoned that argument.

materials before the Court and argument would not aid the decisional process.  <u>See</u> Code

§ 17.1-403; Rule 5A:27.

<u>Affirmed.</u>